United States District Court
Southern District of Texas
**ENTERED**
April 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHNNY R. JONES, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:23-cv-04053 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| LEE DUDEK, ACTING | § | |
| COMMISSIONER OF | § | |
| THE SOCIAL | § | |
| SECURITY | § | |
| ADMINISTRATION, | § | |
| Defendant. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Johnny R. Jones filed this action under the Social Security Act, 42 USC §§405(g), for review of the final decision by the Commissioner denying his request for disability insurance benefits and supplemental security benefits. Dkt 1. The matter was referred to Magistrate Judge Christina Bryan. Dkt 3.

Pending is a Memorandum and Recommendation by Judge Bryan dated February 20, 2025. Dkt 14. She recommends that (i) the motion for summary judgment by Plaintiff be granted, Dkt 9, (ii) the motion for summary judgment by the Commissioner be denied, Dkt 10, and (iii) this case be remanded for further proceedings.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no

clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 14.

This case is REMANDED to the Commissioner for further proceedings consistent with this Order.

SO ORDERED.

Signed on April 29, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge