United States District Court
Southern District of Texas
**ENTERED**
September 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JOHNNY R. JONES, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:23-CV-04053 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY | § | |
| ADMINISTRATION, | § | |
| Defendant. | § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**

Plaintiff Johnny R. Jones filed this action under the Social Security Act, 42 USC §§405(g), for review of the final decision by the Commissioner denying his request for disability insurance benefits and supplemental security benefits. Dkt 1. The case was eventually remanded to the Commissioner for further proceedings. Dkt 15. Plaintiff was awarded benefits on remand. Dkt 19.

Pending is an unopposed motion for attorney fees filed by Plaintiff. Dkt 19. He seeks attorney fees pursuant to 42 USC §406(b).

The matter was referred to Magistrate Judge Christina Bryan for disposition. Dkt 3. She recommends that the motion for attorney fees be granted. Dkt 20 at 3. She thus recommends that judgment be entered ordering the Social Security Administration to pay Plaintiff's counsel $25,136.47 in attorney fees. Ibid.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir

1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 20.

The unopposed motion by Plaintiff for attorney fees is GRANTED. Dkt 19.

Pursuant to 42 USC §406(b)(1)(A), the Social Security Administration is ORDERED to pay Plaintiff's counsel $25,136.47 in attorney fees.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on September 23, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge